UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE CASTELLANOS,<br><br>    Plaintiff,<br><br>vs.<br><br>PARTY RENTAL LTD.,<br><br>    Defendant. | Civil Action No. 2:17-cv-03251-SDW-LDW<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br><br>*Electronically Filed* |

  The matter in the above-captioned action having been amicably resolved by and between Jose Castellanos ("Plaintiff") and Defendant Party Rental Ltd. ("Defendant"), it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the entire case against Defendant shall be, and hereby is, dismissed with prejudice and without costs or against any party.

/s/ Andrew Glenn
Andrew Glenn, Esq.
E-mail: aglenn@JaffeGlenn.com
**JAFFE GLENN LAW GROUP, P.A.**
301 North Harrison Street
Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Attorneys for Plaintiff

/s/ Lauren J. Marcus
Michael T. Grosso, Esq.
E-mail: mgrosso@littler.com
Lauren J. Marcus, Esq.
E-mail: lmarcus@littler.com
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, NJ 07102
Telephone: (973)-848-4700
Facsimile: (973) 556-1533
Attorneys for Defendant

SO ORDERED:

_____
HON. JUDGE SUSAN D. WIGENTON, U.S.D.J.

Dated: December 21, 2017